IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

vs. : NO. 2:08-CR-155
JUDGE SMITH

GEORGE MICHAEL RILEY

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §§1014 & 2
### COUNT 3

1. ELEMENTS: 18 U.S.C. §1014 & 2

First: That defendant knowingly made a false statement;

Second: That such false statement was made to a federally insured bank;

Third: That the purpose of the false statement was to influence the actions of the bank; and

Fourth: That such statement was made in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None

B. Possible Maximum: 30 years in prison, $1,000,000 fine, 5 years supervised release, and $100 special assessment.

GREGORY G. LOCKHART
United States Attorney

*/s/ Marcia J. Harris*
MARCIA J. HARRIS (0031632)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Marcia.Harris@usdoj.gov
(614)469-5715