UNITED STATES DISTRICT COURT

SOUTHERN DISTRIT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:08-CR-155** |
| **V.** | **USM NO: 67725-061** |
| **GEORGE MICHAEL RILEY** | **JUDGE GEORGE SMITH** |
| **DEFENDANT.** | |

### DEFENDANT GEORGE MICHAEL RILEY'S NOTICE OF WITHDRAWAL WITH PREJUDICE OF MOTION TO SHOW CAUSE

Defendant, George Michael Riley, by and through counsel, hereby withdraws his Motion to Show Cause having resolved the issues and dismisses with prejudice his Motion to show cause against Commodore Bank, and its counsel, Gary Becker.

Respectfully submitted,

**ZACKS LAW GROUP, LLC**

**/s/ Benjamin S. Zacks**
_____
Benjamin S. Zacks (0040878)
James R. Billings (0061836)
33 South James Road, Third Floor
Columbus, Ohio  43213
(614) 236-8000
FAX (614) 236-3236
bszacks@zlglaw.com
jrbillings@zlglaw.com
*Attorneys for George Michael Riley, Sr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Courts for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Marcia Harris, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, and Samuel H. Shamansky, 511 South High Street, Columbus, Ohio 43215, on this 2nd day of October, 2015.

The forgoing was served by regular U.S. Mail upon:

Gary Becker, Esq.
Dinsmore & Shohl, LLP.
255 E. Fifth St. Suite 1900
Cincinnati, Ohio 45202
*Counsel for Commodore Bank*

                                                       **/s/ Benjamin S. Zacks**
                                                      Benjamin S. Zacks (0040878)